

No. 94–1009. LARSSON ET UX. *v.* CITY OF LAKE OSWEGO, OREGON. Ct. App. Ore. Certiorari denied. 

No. 94–1011. SHEIK-ABDI *v.* MCCLELLAN ET AL. C. A. 7th Cir. Certiorari denied. 

No. 94–1014. NDEFRU *v.* SHERWOOD ET AL. C. A. 10th Cir. Certiorari denied. 

No. 94–1018. MASS ET AL. *v.* CITY OF CARLSBAD ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–1056. JOHN W. MARTIN CONSTRUCTION CO., INC., ET AL. *v.* NORWEST BANK KALISPELL, N. A. C. A. 9th Cir. Certiorari denied. 

No. 94–1091. KELLEY ET AL. *v.* BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied. 

No. 94–1101. SCHMIDGALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–1108. VIVAS *v.* UNITED STATES; and
No. 94–1115. ANDONIAN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–6226. LONG *v.* RUNYON, POSTMASTER GENERAL. C. A. 2d Cir. Certiorari denied. 

No. 94–6500. INGRAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–6575. HOLDRIDGE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 94–6634. DESANTIAGO-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–6673. SEARLES *v.* RELIC ET AL. C. A. 2d Cir. Certiorari denied. 

No. 94–6683. MARIANI ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.